UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

         Plaintiff,         CIV. S-04-699 LKK PAN

    v.

THE NORMAN and EDITH HILL TRUST,      ORDER
PAIMAN RAHBARIAN,

         Defendants.

—o○o—

On March 16, 2005, this court directed counsel for defendant Paiman Rahbarian to provide, within 20 days, verified answers to plaintiff's first set of interrogatories without objection or claim of privilege. The court warned that failure to comply with the order would result in the imposition of severe sanctions that might include entry of default judgment against defendant.

////

On April 12, plaintiff notified the court that defendant's counsel had "not responded to the order in any fashion."

The Clerk of Court is directed to enter the default of defendant Paiman Rahbarian pursuant to Fed. R. Civ. P. 55(a).

Plaintiff shall, within 20 days, file and serve a motion for judgment against defendant Paiman Rahbarian pursuant to Fed. R. Civ. P. 55(b)(2).

So ordered.

Dated:  June 29, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge