UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,        CIV S-04-0699 LKK PAN

   v.

THE NORMAN and EDITH HILL        ORDER
TRUST, PAIMAN RAHBARIAN,

        Defendants.

-oOo-

    Plaintiff shall serve his motion for judgment by default upon defendant Paiman Rahbarian, and file proof of such service, on or before August 25, 2005.  The August 17 hearing is vacated and rescheduled for Wednesday, September 21, 2005, at 9 a.m., in Courtroom 25.

    So ordered.

    Dated: August 17, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge