1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11
12  SCOTT JOHNSON,
13              Plaintiff,              CIV S-04-0699 LKK PAN
14        v.
15  THE NORMAN and EDITH HILL                    ORDER
    TRUST, PAIMAN RAHBARIAN,
16
                Defendants.
17
18                                -oOo-
19       On August 18, 2005, this court directed plaintiff to serve
20  his motion for default judgment upon remaining defendant Paiman
21  Rahbarian.  Mr. Rahbarian appeared in this action by filing an
22  answer July 30, 2004, and status report August 25, 2004, and
23  default judgment may not be entered against him unless he is
24  served with plaintiff's motion.[1]
25  _____
26        [1] Fed. R. Civ. P. 55(b)(2) requires: "If the party against whom judgment by default is sought has appeared in the action, the party (or, if appearing by representative [as here], the party's representative)

On August 22, plaintiff filed proof of service upon Mr. Rahbarian at what appears to be his residential address. However, Mr. Rahbarian is represented by an attorney. Fed. R. Civ. P. 5(b)(1) requires that service upon a party represented by an attorney "is made on the attorney unless the court orders service on the party."

Accordingly, plaintiff shall serve his motion for default judgment and related documents upon the attorney for Mr. Rahbarian, Mr. Mark Christopher Ellis, and file proof of such service, on or before September 30, 2005. The September 21 hearing on this motion is vacated and rescheduled for Wednesday, October 12, 2005, at 9 a.m., in Courtroom 25.

So ordered.

Dated:  September 21, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

---

shall be served with written notice of the application for judgment at least 3 days prior to the hearing on such application."

2