UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff,          CIV S-04-0699 LKK PAN

    v.

THE NORMAN and EDITH HILL          ORDER
TRUST, PAIMAN RAHBARIAN,

          Defendants.

-oOo-

The court vacates that portion of its order filed September 22, 2005, requiring service of plaintiff's motion for default judgment upon the attorney for defendant Paiman Rahbarian. Plaintiff electronically served its motion upon Mr. Rahbarian's attorney in a timely manner, providing a certificate of service upon only Mr. Rahbarian because he required service by mail.

A prospective new attorney for Mr. Rahbarian has informed the court that he intends to seek to substitute as counsel and

1 respond to plaintiff's motion for default judgment.  Accordingly,
2 the court will adhere to the rescheduling of the hearing on this
3 matter to Wednesday, October 12, 2005, at 9 a.m., in Courtroom
4 25.
5     So ordered.
6     Dated:  September 29, 2005.

```
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge
```