IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                    CIV. S-04-0699-LKK-PAN

    v.

THE NORMAN and EDITH HILL
TRUST, PAIMAN RAHBARIAN,                ORDER

        Defendants.
_____/

    This matter is before the court upon plaintiff's motion for default judgment. The matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. 636, et seq., and Local Rule 72-302. On January 20, 2006, Judge Nowinski filed findings and recommendations which were served on all parties. No objections to the findings and recommendations have been filed.

////

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed January 20, 2006, are adopted in full;

    2.  Plaintiff's motion for entry of default judgment is granted;

    3.  The clerk shall enter judgment in the form of an injunction directing defendant Rahbarian to remove the architectural barriers described in the magistrate judge's recommendations within 90 days from entry of judgment and for damages in the amount of $4,000.00; and

    4.  Plaintiff may file a motion for reasonable attorney fees within 30 days of entry of judgment.

DATED:  _March 20, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE