UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott Johnson

    v.

The Norman and Edith Hill Trust,
Paiman Rahbarian

_____

DEFAULT JUDGMENT

Case No. CIV S-04-0699 LKK PAN

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      Paiman Rahbarian to remove the architectural barriers described in the magistrate judge's recommendations within 90 days from entry of judgment and for damages in the amount of $4,000.00.

March 21, 2006

JACK L. WAGNER, CLERK

By:  /s/ C. Girgis
     C. Girgis, Deputy Clerk